# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BELINDA J. ELDRIDGE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 06-11811
Hon. Gerald E. Rosen
Magistrate Judge Virginia M. Morgan

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING CASE

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 28, 2007

PRESENT:  Honorable Gerald E. Rosen
                    United States District Judge

On December 14, 2006, Magistrate Judge Virginia M. Morgan issued a Report and Recommendation ("R & R") recommending that the Court enter judgment against Plaintiff Belinda J. Eldridge and in favor of the Defendant Commissioner of Social Security. Plaintiff has not filed objections to the R & R. Nor did she file a motion for summary judgment, whether within the time limit established in the Magistrate Judge's scheduling order or thereafter.[1] Nonetheless, the Magistrate Judge reviewed Plaintiff's claim on the merits, based upon an examination of her complaint and the underlying

---

[1] As noted in the R & R, Defendant also did not file a summary judgment motion, after being erroneously advised that there was no need to do so.

administrative record. This inquiry has led the Magistrate Judge to recommend that the Court uphold, as supported by substantial evidence, the decision of the Administrative Law Judge to deny Plaintiff's application for Social Security disability benefits.

Having reviewed the R & R and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's December 14, 2006 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that this case is hereby DISMISSED in its entirety with prejudice.

s/Gerald E. Rosen  
Gerald E. Rosen  
United States District Judge

Dated: September 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2007, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry  
Case Manager